## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: In Re Grand Jury Subpoenas to the Office of the NYS Attorney General v. USA    Docket No.: 26-156

Lead Counsel of Record (name/firm) or Pro se Party (name): Rajit S. Dosanjh, Assistant U.S. Attorney

Appearance for (party/designation): Respondent-Appellant, United States of America

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
(  ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
(  ) Incorrect.  The following parties do not wish to participate in this appeal:
        Parties: _____
(  ) Incorrect.  Please change the following parties' designations:
        Party                               Correct Designation


**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
(  ) Incorrect or Incomplete, and should be amended as follows:

Name: Rajit S. Dosanjh, Assistant U.S. Attorney
Firm: U.S. Attorney's Office, NDNY
Address: PO Box 7198, 100 South Clinton Street, Syracuse, NY 13261-7198
Telephone: 315-448-0672                    Fax: 315-448-0689
Email: Rajit.S.Dosanjh@usdoj.gov

### RELATED CASES

(✓) This case has not been before this Court previously.
(  ) This case has been before this Court previously.  The short title, docket number, and citation are: _____

(  ) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
March 14, 2023 _____ OR that (  ) I applied for admission on _____ or renewal on
_____ .  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/
Type or Print Name: Rajit S. Dosanjh, Assistant U.S. Attorney
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
(  ) I am a pro se litigant who is not an attorney.
(  ) I am an incarcerated pro se litigant.