## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In Re Grand Jury Subp Office of the NYS AG v. USA     Docket No.: 26-156

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Henry Whitaker

Firm: Office of the Attorney General

Address: 950 Pennsylvania Avenue NW, Room 5134, Washington, DC 20530

Telephone: 202-445-8942     Fax:

E-mail: Henry.Whitaker@usdoj.gov

Appearance for: Respondent-Appellant, United States of America
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: ____ )
(name/firm)

☑ Additional counsel (co-counsel with: Rajit S. Dosanjh, U.S. Attorney's Office, N.D.N.Y. )
(name/firm)

☐ Amicus (in support of: ____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/

Type or Print Name: Henry Whitaker