## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In Re Grand Jury Subpoenas _____ Docket No.: 26-156 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Christine P. Sun

Firm: States United Democracy Center

Address: 95 Third Street, 2nd Floor, San Francisco, California, 94103

Telephone: 202-999-9305 _____ Fax: _____

E-mail: christine@statesunited.org

**Appearance for:** SOCIETY FOR THE RULE OF LAW, GREGG NUNZIATA, CHARTER MEMBERS DONALD AYER, STUART GERSON, ALAN RAUL, STANLEY TWARDY, JR.
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[✔] Amicus (in support of: PETITIONER-APPELLEE _____ )
(party/designation)

### CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on 4/2/2026 _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: _____

Type or Print Name: Christine P. Sun