

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*100 South Clinton Street, P.O. Box 7198*        Tel.: (315) 448-0672
*James M. Hanley Federal Building*              Fax: (315) 448-0658
*Syracuse, New York 13261-7198*

April 22, 2026

Hon. Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals
    for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

>   Re:   **In re Grand Jury Subpoenas to the Office of the New York State Attorney General v. USA, Case No. 26-156**

Dear Ms. Wolfe:

The United States writes to inform the Court of the discharge of the grand jury that issued the subpoenas at issue in this case. The United States' opening brief stated that the subpoenas remain valid because the grand jury "remains impaneled." USB:60. Although that was true at the time, and the grand jury's term was not set to expire until May 21, 2026, undersigned counsel recently learned that the grand jury was discharged on the United States' motion on March 9, 2026.

Under this Court's decision in *In re Grand Jury Proceedings*, 971 F.3d 40, 51 (2d Cir. 2020), grand jury subpoenas are no longer enforceable once the issuing grand jury is discharged. That does not mean, however, that this appeal is moot. As this Court held in *Grand Jury Proceedings*, the limited duration of a grand jury term makes any disputes over the validity of a grand jury subpoena "capable of repetition, yet evading review," and so the discharge of the issuing grand jury does not render moot an appeal from a motion to quash. *Id.* at 53.

The United States further notes that the district court here not only quashed the grand jury subpoenas, but also "disqualified [Mr. Sarcone] from any further involvement in prosecuting or supervising any investigation pertaining to" the same subject matter. A:2285. The ongoing disqualification of Mr. Sarcone remains a live dispute apart from the validity of the subpoenas. Although Mr. Sarcone's service as Acting U.S. Attorney has expired under the FVRA, he remains the FAUSA and, but for the disqualification order, would supervise any investigation in that capacity. And in the event of a U.S. Attorney nomination for the district, Mr. Sarcone would again become the Acting U.S. Attorney. *See* 5 U.S.C. §3346(a)(2). Thus,

Hon. Catherine O'Hagan Wolfe, Clerk
In re Grand Jury Subpoenas to the Office of the New York State Attorney General
Case No. 26-156
April 22, 2026
Page 2

even apart from the subpoenas, the United States can obtain "effectual relief" by prevailing on appeal. *Council for Responsible Nutrition v. James*, 159 F.4th 155, 162 (2d Cir. 2025).

Very truly yours,

s/ *Rajit S. Dosanjh*

By:    Rajit S. Dosanjh
       Assistant U.S. Attorney


cc:    Counsel for the Office of the New York State
       Attorney General, via ecf.