**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: August 21, 2026
Docket #: 26-156
Short Title: In Re Grand Jury Subpoenas to the Office of the New York State Attorney General v. United States of America

DC Docket #: 1:25-mc-19
DC Court: NDNY (SYRACUSE)
DC Judge: Lorna G. Schofield

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8543.