# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of August, two thousand twenty-six.

Before: Guido Calabresi,
Michael H. Park,
Maria Araújo Kahn,
*Circuit Judges*.

---

In Re Grand Jury Subpoenas to the Office of the New York State Attorney General.

**JUDGMENT**

Office of the New York State Attorney General,

Docket No. 26-156

Petitioner - Appellee,

v.

United States of America,

Respondent - Appellant.

---

The appeal in the above captioned case from an order of the United States District Court for the Northern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court