Show record details

This is a Perma.cc record
Captured June 23, 2026 9:43 am
View Mode: Standard Screenshot

View the live page

What is Perma.cc?



12.19.2025

# *Senate Republicans Confirm 14 Law and Order Nominees to Deliver Safer Streets for Americans.*

**WASHINGTON** – Senate Judiciary Committee Chairman Chuck Grassley (R-Iowa) applauded the Senate's confirmation of 13 U.S. Attorneys and the Assistant Attorney General for the Department of Justice's (DOJ) Criminal Division. The nominees were confirmed last night as part of a nominations package of 97 executive nominees, by a vote of 53-43.

Under Grassley's leadership, the Senate this year confirmed **31 of President Trump's U.S. Attorneys**, which is the same number of U.S. Attorneys confirmed during the first year of the Biden administration. Four of the 31 confirmed U.S. Attorneys received blue slips from Democrat senators.

"U.S. Attorneys are an essential component of law enforcement – responsible for prosecuting violent criminals, protecting the public and enforcing the rule of law. Yesterday, Senate Republicans successfully voted to confirm these critical law enforcement officers to protect communities across the country. The bulk of Senate Democrats who voted 'no' yet again proved their disdain for the safety and wellbeing of Americans. As Chairman of the Judiciary Committee, I'll continue working in the new year to successfully and efficiently advance and confirm President Trump's nominees," **Grassley said**.

The nominees confirmed last night include:

- Andrew Duva, to be Assistant Attorney General for the Criminal Division;
- Erin Creegan, to be U.S. Attorney for the District of New Hampshire;
- Jerome Francis Gorgon, Jr., to be U.S. Attorney for the Eastern District of Michigan;
- David Courcelle, to be U.S. Attorney for the Eastern District of Louisiana;
- Braden Boucek, to be U.S. Attorney for the Middle District of Tennessee;
- Domonick Gerace II, to be U.S. Attorney for the Southern District of Ohio;
- Bryan Stirling, to be U.S. Attorney for the District of South Carolina;
- Thomas Wheeler II, to be U.S. Attorney for the Southern District of Indiana;
- Adam Mildred, to be U.S. Attorney for the Northern District of Indiana;
- Thomas Albus, to be U.S. Attorney for the Eastern District of Missouri;
- Thomas Ferguson III, to be U.S. Attorney for the Western District of North Carolina;
- Ryan Antony Kriegshauser, to be U.S. Attorney for the District of Kansas;
- James Kruger, to be U.S. Attorney for the Southern District of Mississippi; and

Cited in In re Grand Jury Subpoena to the Office of the New York State Attorney General, no. 26-156, archived on 8/24/2026. This document is protected by copyright. Further reproduction is prohibited without permission.

- James Kruger, to be U.S. Attorney for the Southern District of Mississippi; and
- Scott Leary, to be U.S. Attorney for the Northern District of Mississippi.

**Background:**

Historically, U.S. Attorneys were routinely confirmed on a bipartisan basis due to their non-political and non-controversial nature. That bipartisan tradition was destroyed this year when Senate Democrats placed indefinite, blanket holds on all of President Trump's 93 U.S. attorneys. Senate Republicans overcame the partisan blockade in October, confirming 18 U.S. Attorneys as part of the first nominations package of 107 executive nominees.

**-30-**

PRINT EMAIL SHARE POST

← PREVIOUS NEXT →



224 Dirksen Senate Office Building
Washington, DC 20510
(202) 224-5225

Cited in In re Grand Jury Subpoenas to the Office of the New York State Attorney General, no. 26-156, archived on 8/24/2026
This document is protected by copyright. Further reproduction is prohibited without permission.