Show record details
This is a Perma.cc record
Captured July 3, 2026 11:33 am
View Mode: Standard Screenshot
View the live page
What is Perma.cc?

Other State Department Archive Sites

U.S. DEPARTMENT of STATE
ARCHIVE
Information released online prior to January 20, 2001

GO TO CURRENT STATE.GOV WEBSITE
Information released January 20, 2009 to present

The State Department web site below is a permanent electronic archive of information released online from January 1, 1997 to January 20, 2001. Please see www.state.gov for current material from the Department of State. Or visit http://2001-2009.state.gov for information from that period. Archive sites are not updated, so external links may no longer function. Contact us with any questions about finding information. NOTE: External links to other Internet sites should not be construed as an endorsement of the views contained therein.



# The President's Interagency Council on Women

## EQUALITY

### Women in Elective Office

There has been a steady increase in the number of women in elective office over the past twenty years, with a special boost in 1992 for women entering the U.S. Congress. Nevertheless, as of 1994, women still do not hold more than about one-fifth of the available positions at any level of elective office.

**FEDERAL:** At the federal level, as of January 1994, women held 10.1% of the 535 seats in Congress -- 7 of 100 seats in the U.S. Senate and 47 (10.8%) of the 435 seats in the House of Representatives. In addition, one woman serves as delegate to the House from the District of Columbia. This is more than double the number in 1986, when 2 women served in the Senate and 23 in the House.

**STATE:** In July 1994 at the state level, women held 71 out of 324 elective offices in the executive branch, a total of 21.9%. As of the 1993 elections, a record four women govern states -- Kansas, Oregon, Texas and New Jersey. Eleven women serve as lieutenant governors, eight are attorneys general, 10 hold elective secretary of state positions, 16 are state treasurers. Other elective offices held by women in various states include auditor, comptroller, chief education official, commissioners of labor, agriculture, insurance, public utilities and public service. In July 1994, there were 1,529 women holding seats in state legislatures, or 20.6% of the total 7,424 seats. In 1975, there were 8%; in 1981, 12.1%; and in 1985, 14.8%.

**TRIBAL:** There are 547 federally recognized American Indian tribes, located in 33 states. At present, approximately 20% of all elected tribal Chairpersons, Governors, Presidents or Principal Chiefs of American Indian tribal governments are women. In addition to the increase of Indian or Native women filling elected chief executive positions, they are increasingly filling elected legislative positions in tribal councils and now hold about 1,100 seats nationwide.

**LOCAL:**

**County governing boards** -- In 1988, in the 47 states which have county governing boards, women held 1,653, or 8.9%, of the 18,483 seats across the country. The number tripled from 1975 to 1988, from 456 to 1,653.

**Mayors and city council members** -- Of the 100 largest cities in the United States, 18 had women mayors as of January 1994. The number of women mayors has more than doubled since 1985. There were, as of January 1994, 174 women mayors of cities with populations over 30,000, or 17.9% of 971 such cities. In 1975 there were 35; in 1981, 72; in 1985, 80. In April 1993, of the 23,729 mayors and city council members, across the nation in cities with populations over ten thousand, 4,657 were women (19.6%). In 1985, 14.3% of all mayors and municipal council members were women; in 1975, only 4% were women.

Based on its surveys and analysis the Feminist Majority Foundation has predicted that despite steady progress, at the current rate of increase, women will reach parity with men in the U.S. Congress in about 339 years, or 2333. Prospects are better at the state and local levels: state legislature, 2038; statewide elective office, 2065; county governing boards, 2069; mayors and municipal governing boards, 2021.

### Legal Rights to Office; Role of Individual Women and Organizations as Policy Motivators, Innovators, and Funders

While there are no legal barriers to women running for elective office in the U.S., social custom, tradition, the power of incumbents, and lack of adequate financial resources have slowed women's progress towards equality.

In the past, non-governmental organizations, such as the League of Women Voters, American Association of University Women, the Young Women's Christian Association (YWCA), the National Council of Black Women, the National Federation of Business and Professional Women, and, more recently, the National Organization for Women, have served as training grounds for women--in politics, leadership development, and as a base of encouragement and support. Many of those in office were themselves members and credit their experience as providing them with political training.

In 1971, some of the founders of the contemporary American women's movement created a special national grassroots organization, the National Women's Political Caucus, to recruit, train and support women for elected and appointed office across party lines. Through campaign training sessions and by providing local volunteers to run campaigns, the Caucus helps women develop more sophisticated campaigns. The successful candidates for local school boards, city councils and state legislatures become the pool of talent for higher office.

In 1974, the Women's Campaign Fund was organized as a bi-partisan political action committee (PAC) to provide money for women candidates in compliance with campaign finance laws. It also provides research and training. By 1984, there were nearly 20 such groups in the country; there are 48 today, 11 national and 37 at the state level.

Cited in In re Grand Jury Subpoenas to the Office of the New York State Attorney General, no. 26-156, archived on 8/24/2026
This document is protected by copyright. Further reproduction is prohibited without permission.

Case: 26-156, 08/25/2026, DktEntry: 100.2, (2 of 2)

A new and important financial factor was added in 1985 with the founding of EMILY's List -- (Early Money Is Like Yeast) -- which has used an innovative marketing approach to encourage thousands of women to write checks for Democratic women candidates for federal and high state office. Like NWPC and WCF, EMILY's List supports pro-choice candidates, that is those who support access to legal abortion. A similar organization, WISH List -- (Women in the Senate and House) -- was formed in 1991 to benefit pro-choice Republican women candidates.

Both of these groups do an extensive analysis of candidate qualifications and the effectiveness of their campaigns. This information is provided to members who then channel donations through the organization to candidates they choose to support.

Contributions sent through EMILY's List rose from $650,000 in 1988 to $6.2 million in 1992. The average donation was under $100--the minimum requirement for membership. WISH List raised $250,000 in its first year. Record sums were also contributed to candidates in 1992 by NWPC and WCF.

All four groups provide greater strategic assistance to campaigns, including technical assistance on planning, fundraising, media and message development. This is a great advance, compared to earlier years. However the challenge remains to encourage women to become candidates at a time when many have very full lives, balancing both work and family obligations.

Another group, the Hollywood Women's Political Committee emerged as a powerful political force in the past decade. Founded in 1984, it is comprised of politically active women from television, film and the arts who support issues, candidates and legislation that promote peace, equality, freedom of choice regarding reproduction, and environmental conservation. Its 200 members have raised over $5 million for women and men candidates and issues.

## Women in Appointive Office:

#### Federal Level

**ADVANCEMENT SINCE 1985** Of the 21 members of President Clinton's cabinet, six (29%) are women. In January, 1994 women headed three of the fourteen executive departments -- Justice, Energy, and Health and Human Services. In addition, the President designated the Ambassador to the United Nations, and the director of the Environmental Protection Agency and chair of the Council of Economic Advisors to his cabinet -- all women.

During the first year of the Clinton administration, 128 (31.5%) of the senior-level, Senate confirmed appointees were women, as were 47% of all presidential appointments. These are record numbers. In all of U.S. history, only 14 women have headed executive departments. Since 1985 in addition to those current appointees, five other women have headed departments, and two have held Cabinet-level appointments. More women have been appointed to positions in Education, Housing and Urban Development, the Environmental Protection Agency, and Health and Human Services. The Departments of State, Veterans Affairs, Energy, Treasury and Transportation have the least.

> Ada Deer, an American Indian woman with a long and distinguished community service career, was appointed by President Clinton as the first woman Assistant Secretary--Indian Affairs. She oversees the Bureau of Indian Affairs with a $2.4 billion budget and a work force of 11,500 which is 90% American Indian. (Only 64 women are in decision-making positions in BIA.)

Throughout the past ten years and in the previous two national administrations, women constituted 11.8% (from 1981-1989) and 19.9% (1989-1992) of senior-level, Senate confirmed positions.

#### State Level

**GENDER BALANCE LAWS** Gender balance laws require the appointment of equal numbers of women and men to state boards and commissions. These positions in turn are stepping stones for running for public office. Enacted first in Iowa in 1986, 6 states now have gender balance laws. In Iowa, women now comprise 47.6% of appointments to state boards and commissions.

**NON-GOVERNMENTAL ACTIONS AND ACHIEVEMENTS** The Coalition for Women's Appointments is an example of women citizens taking an active role in governance. First convened, organized and staffed by the National Women's Political Caucus for the 1976 presidential election, and reactivated for the 1988 and 1992 elections, the Coalition promotes women for top level policy making positions in the federal government. During the Bush Administration, the Coalition helped place 40 women in high level positions by 1989. In all, nearly 45% of President Bush's Senate-confirmed appointments of women were Coalition nominees. The member organizations -- 70 at the time of the 1992 presidential election -- reflect the diversity of women in their professional lives, areas of expertise, and ethnic, religious and racial backgrounds, and this is the diversity the coalition seeks in their recommendations.

For 1992, eleven bi-partisan task forces were organized by substantive areas of government. The task forces recruited potential nominees, reviewing resumes and interviewing the prospects. More than 700 names were submitted to the Clinton administration through task force efforts. Many of the women now in office credit the Coalition, at least in part, for having helped bring about their appointments, including Janet Reno the first woman ever to serve as Attorney General.

#### Women Employed in Federal Agencies

**ADVANCEMENT SINCE 1985** The Office of Personnel Management (OPM) reports that in 1993, there were 806,264 women employed in federal government, compared with 707,192 in 1985. While the vast majority of women are clustered in the lower levels of government service -- making up 72.3% of civil service general schedule (GS) 1-4 employees, and 71.6% of GS 5-7

(###)

Back to Table of Contents.
Return to IACW Home Page.

Great Seal
Back to Secretary's Home Page | Back to State Department Home Page

Cited in the Grand Jury Subpoenas to the
Office of the New York State Attorney General,
archived on 8/24/2026 in case no. 26-156.
This document is protected by copyright.
Further reproduction is prohibited without permission.