Show record details

This is a Perma.cc record
Captured February 17, 2026 11:40 am
View Mode: Standard Screenshot

View the live page ›

What is Perma.cc?

UNITED STATES DISTRICT COURT

# Northern District of New York

Hon. Brenda K. Sannes, Chief Judge | John M. Domurad, Clerk of Court



## Juror Qualification Questionnaire Mailing Update

The Northern District of New York is currently qualifying jurors for future jury service. Qualification Questionnaires were mailed on or before January 30, 2026, and responses are due by February 20, 2026. Recipients may complete the Juror Qualification Questionnaire online through eJuror Login Page.

Individuals who do not respond online by the deadline will automatically be mailed a paper Juror Qualification Questionnaire—no phone call or request is required. Paper questionnaires are expected to be mailed in mid-March.





If you receive a suspicious call regarding jury service, click here for more information on juror/jury fraud.



## United States Attorney for the Northern District of New York

*Monday, July 14, 2025*

The Board of Judges of the United States District Court for the Northern District of New York declines to exercise the authority granted pursuant to 28 U.S. Code § 546(d) to appoint a United States attorney for the Northern District of New York.

Archive

- 2021-01 (1)
- 2021-03 (2)
- 2021-07 (1)
- 2021-08 (2)
- 2021-09 (4)
- 2021-12 (1)
- 2022-01 (1)
- 2022-05 (2)
- 2022-06 (1)
- 2022-08 (1)

1 2 3 4 next › last »



Cited in In re Grand Jury Subpoenas to the Office of the New York State Attorney General, no. 26-156, archived on 8/24/2026

This document is protected by copyright. Further reproduction is prohibited without permission.