In the

# United States Court of Appeals

For the Second Circuit

---

August Term, 2025
No. 26-156

IN RE GRAND JURY SUBPOENAS TO THE OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL.

OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL,
*Petitioner-Appellee*,

*v.*

UNITED STATES OF AMERICA,
*Respondent-Appellant*.

---

On Appeal from a Judgment of the United States District Court
for the Northern District of New York.

ARGUED: MAY 4, 2026
DECIDED: AUGUST 21, 2026

Before: CALABRESI, PARK, AND KAHN, *Circuit Judges*.

No. 26-156
In re Grand Jury Subpoenas to the Office of the New York State Attorney General

## ERRATA

| PAGE(S) | LINE | DELETE | INSERT |
|---|---|---|---|
| 27 | 7 | "proscribed" | "prescribed" |

**Copies have been sent by chambers to:**

**X Panel Members**
**_ West Publishing Co.**
**X Clerk of Court**

**So Ordered:**

Guido Calabresi, Circuit Judge — August 25, 2026