# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of September, two thousand twenty-six.

Before: Guido Calabresi,
Michael H. Park,
Maria Araújo Kahn,
*Circuit Judges.*

---

In Re Grand Jury Subpoenas to the Office of the New York State Attorney General
*************************************

**ORDER**

In Re Grand Jury Subpoenas to the Office of the New York State Attorney General,

Docket No. 26-156

Petitioner - Appellee,

v.

United States of America,

Respondent - Appellant.

---

The Government moves to stay the mandate of this Court and the district court's disqualification order, pending filing and disposition of a petition for a writ of certiorari in the United States Supreme Court.

IT IS HEREBY ORDERED that the request to stay the Court's mandate is GRANTED, and the request to stay the district court's disqualification order is DENIED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court