# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 15, 2026

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States
v. Office of the New York State Attorney General
No. 26-348
(Your No. 26-156)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 15, 2026 and placed on the docket September 15, 2026 as No. 26-348.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst