**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*
*James M. Hanley Federal Building*
*Syracuse, New York 13261-7198*

*Tel.: (315) 448-0672*
*Fax: (315) 448-0658*

November 9, 2026

Hon. Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals
for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: In re Grand Jury Subpoenas to the Office of the New York State Attorney General v. USA, Case No. 26-156**

Dear Ms. Wolfe:

I am writing to request that Henry Whitaker, Attorney, be removed from the docket in the above-captioned appeal. He is no longer with the Office of the Attorney General and does not represent any of the parties in this action.

Thank you for your assistance in this matter.

Very truly yours,

s/ *Rajit S. Dosanjh*
By: Rajit S. Dosanjh
Assistant U.S. Attorney

cc: Counsel for the Office of the New York State Attorney General, via ecf.